IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL ACTION NO. 1:19-CV-85-MOC

| | | |
|---|---|---|
| **RACHEL DOLL,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **ANDREW M. SAUL,** | ) | |
| *Commissioner of Social Security*, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on Plaintiff's Motion for Summary Judgment, (Doc. No. 9), and Defendant's Motion for Summary Judgment, (Doc. No. 10). Plaintiff filed a response on August 7, 2019.

Before the Court rules on the parties' motions, the Court will require Defendant to file a Reply to Plaintiff's response, specifically addressing the arguments made in Plaintiff's response as to Plaintiff's Issue One. Defendant shall file the Reply within 20 days of entry of this Order.

**IT IS SO ORDERED**.

Signed: September 3, 2019

Max O. Cogburn Jr.
United States District Judge